UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SIDNEY B. HARR, )
)
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:17-CV-1-FL
FIX-THE-COURT, GABE ROTH )
)
       Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 8, 2017, that this case is dismissed without prejudice.

**This Judgment Filed and Entered on November 8, 2017, and Copies To:**
Sidney B. Harr (Via U.S. Mail) P O Box 10153, Raleigh, NC 27605

November 8, 2017                    PETER A. MOORE, JR., CLERK
                                    /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk